1:18CV171-GHD-RP

# UNITED STATES DISTRICT COURT
## for the
## 5th Circuit of The Northern Mississippi

### COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

    **A. The Plaintiff** - Zorri N. Rush
    6912 Mount Vernon Rd
    Eupora / Webster
    MS  39744
    662 753 1249
    zorrirush@hotmail.com

    **B. The Defendants** -

    1. Webster County Department of Human Services
    SNAP DIVISION
    319 E Gould Ave / PO Drawer E
    Eupora / Webster
    MS  39744
    662-258-4771
    dfo.webstercounty@mdhs.ms.gov

    2. Annie Patterson
    SNAP DIRECTOR
    319 E Gould Ave / PO Drawer E
    Eupora / Webster
    MS  39744
    662-258-4771
    dfo.webstercounty@mdhs.ms.gov

    3. Ann Hitt
    SNAP CASE WORKER
    319 E Gould Ave / PO Drawer E
    Eupora / Webster
    MS  39744
    662-258-4771
    dfo.webstercounty@mdhs.ms.gov

4. Mississippi Regional Housing Authority IV
SECTION 8 DIVISION
PO Box 1051
Columbus / Lowndes
MS 39703-1051
662-327-0136
arobinson@mrh4.com

5. Gwendolyn King
SECTION 8 DIRECTOR
PO Box 1051
Columbus / Lowndes
MS 39703-1051
662-327-0136
gking@mrh4.com

6. Brian Powers
OFFICE DIRECTOR
PO Box 1051
Columbus / Lowndes
MS 39703-1051
662-327-0136
gking@mrh4.com

## II. Jurisdiction

### A. Federal Question

5 USC Ch. 15: Political Activity of Certain State and Local officials 42 U.S. C. 12131–12134), as amended by the ADA Amendments Act of 2008 (ADA Amendments Act) (Public Law 110–325, 122 Stat. 3553 (2008)),

### B. The Amount in Controversy

Actual damages can not be assessed until verification of the evidence used in determination of benefits and service amounts.

## III. Statement of Claim

The local offices use a policy adopted by the state for "able bodied workers" or " non-visible disability" in violation of federal law against discrimination based on disability. This policy egregiously reduces the amount of benefits available to applicants. Internal management and policy do not permit access to information necessary to to determine the extent of harm caused by misrepresenting reports..

## IV. Irreparable Injury

Political involvement in service programs is immeasurable monetarily. Inter-agency information sharing require data entry to be reported correctly. The extenuating circumstances created by this policy are irreparable.

## V. Relief

Liability is established under title II of the ADA only when an individual proves that a public entity discriminated on the basis of disability within the meaning of title II of the ADA, 42 U.S.C. 12131–12134
The maximum allowed amounts of compensatory and punitive damages are being sought in relief.

The FOIA provides that when processing requests, agencies should withhold information only if they reasonably foresee that disclosure would harm an interest protected by an exemption, or if disclosure is prohibited by law. The Freedom of Information Act, 5 U.S.C. § 552

## VI. Injunction

Court is asked to order the Mississippi Department of Humans services to provide a document that details claims made by case worker; and respectively order MIssissippi Regional Housing Authority IV to re issue housing voucher or honor the previous voucher. Additional time provided as a reasonable accommodation for a disabled vulnerable adult will ensure relocating for access to medical treatment while fleeing domestic violence is achievable for participants.

## VII. Certification and Closing

*Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.*

*I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.*

**Date of signing:** the 20th day of August 2018

**Signature of Plaintiff** _____

**Printed Name of Plaintiff** _____Zorri N. Rush_____

PRESS FIRMLY TO SEAL

PRIORITY MAIL

7017 2400 0000 7404 9270

CERTIFIED MAIL

FROM:
Zorri Rush
6912 Mount Vernon Rd
Eupora MS 39744

TEACHING TOLERANCE

TO:
Federal Bldg Rm 369
911 Jackson Ave Est
Oxford, MS 38655

U.S. POSTAGE PAID
EUPORA, MS
39744
SEP 10, 18
AMOUNT
$10.15
R2305H130182-04

RECEIVED