IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                                                    PLAINTIFFS

v.                                                              CIVIL ACTION NO.: 1:18CV171-GHD-RP

WEBSTER COUNTY DEPARTMENT OF
HUMAN SERVICES, SNAP DIVISION, et al.                                           DEFENDANTS

## ORDER DENYING MOTION FOR ELECTRONIC SUBMISSIONS AND FINDING MOOT MOTION FOR TIME SENSITIVE RULINGS

Plaintiff seeks permission to email documents to the clerk's office for filing in the absence of permission to ECF filing access. Docket 12. Plaintiff asserts that "[t]here is no rule that would prohibit the practice of scanning documents as attachments to emails. This has been left up to each judge to decide in each case." *Id.* He asserts that the requested relief expedites filing and provides efficiency in documentation. *Id.*

The Administrative Procedures for Electronic Case Filing control who may participate in electronic filing. Section 1(B) of the Administrative Procedures dictates that:

> The system permits attorneys to file documents with the court from any location over the Internet. While all parties, including those proceeding pro se, may register with PACER to receive "read only" accounts, **only registered attorneys, as officers of the court, are permitted to file electronically.** Pro Se (Non-Prisoner) parties may consent to receive documents electronically. [Form 6].

Allowing parties to receive documents electronically sufficiently provides for timely receipt by the plaintiff. Nothing about plaintiff's case requires that the court's practice of receiving filings only via USPS mail be altered. Therefore, plaintiff's motion to allow for electronic filing with the clerk's office (Docket 12) is DENIED.

Plaintiff has also filed a document entitled Motion for Time Sensitive Rulings. Docket 10. As is the court's practice, all motions are ruled upon in a timely manner and in the interest of justice. Therefore, plaintiff's motion is DENIED AS MOOT.

This, the 10th day of October, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE