UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                    PLAINTIFF

v.                                               Civil No. 1:18-cv-00171-GHD-RP

WEBSTER COUNTY DEPARTMENT
OF HUMAN SERVICES, *et al.*                          DEFENDANTS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

For the reasons set forth in the memorandum opinion issued this day, after considering the file and records in this case, including the Report and Recommendations [9] of United States Magistrate Judge Roy Percy and Plaintiff Zorri Rush's Objections [14], the Court finds that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of this court. It is therefore ORDERED that:

1. The Plaintiff's Objections [12] to the Magistrate Judge's Report and Recommendations are OVERRULED;

2. The Report and Recommendations [12] of United States Magistrate Judge are APPROVED AND ADOPTED as the opinion of this Court;

3. This case is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction;

4. All other pending motions are DENIED AS MOOT;

5. This case is CLOSED.

SO ORDERED, this the 24th day of October, 2018.

                                                   SENIOR U.S. DISTRICT JUDGE