UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                                    PLAINTIFF

v.                                                              Civil No. 1:18-cv-00171-GHD-RP

WEBSTER COUNTY DEPARTMENT
OF HUMAN SERVICES, *et al.*                                                      DEFENDANTS

ORDER DENYING MOTION FOR RELIEF

Now before this Court is a motion [Doc. 24] by Plaintiff Zorri Rush seeking relief from the Court's previous order [Doc. 20] dismissing his case. Plaintiff's motion consists entirely of the text of Fed. R. Civ. P. Rule 60; it contains no argument for why the motion should be granted. Plaintiff subsequently filed a notice [Doc. 25] stating he no longer sought relief from the Court's order.

Accordingly, the motion for relief is DENIED. The pending Motion for EFile Document Access is further DENIED as moot.

SO ORDERED, this the 4 day of December, 2018.

_____
SENIOR U.S. DISTRICT JUDGE